UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA ANN HAMMIS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

Case No. 16-cv-13416

UNITED STATES DISTRICT COURT
JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
STEPHANIE DAWKINS DAVIS

## ORDER ACCEPTEDING AND ADOPTING REPORT AND RECOMMENDTION (#17) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#14) AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#15)

This matter is before the Court on cross motions for summary judgment as to judicial review of the Commissioner's decision disallowing benefits to Plaintiff. The matter was referred to Magistrate Judge Stephanie Dawkins Davis, who issued a Report and Recommendation on August 18, 2017, recommending that the Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Upon review of the parties' briefing and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate

Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Davis's August 18, 2017 Report and Recommendation [#17] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.

    SO ORDERED.


Dated:    September 8, 2017

                                  s/Gershwin A. Drain
                                  HON. GERSHWIN A. DRAIN
                                  United States District Court Judge